UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

20-CV-5824 WFK-VMS

RONALD W. MEDINA
VS.
2269 CRESTON AVENUE LLC
CHAWA EISNER AND BENJAMIN EISNER

Verified Answer

1) All the Defendents hereby Answer on this action on all allegation "General Denial"

2) We respectfully ask this court v Grant us to be able to amend the answer after we get served properly and or to make the proper motions that is allowed by the court rules or statue

3) We further submit to this court that by our appearance that is only for the purpose if the court would not grant our demand for extention of time to file our answer or motions, that our appearance should not be as a waiver of our defenses including but not limited to the jurisdiction defense.

4) We respectfully hereby demand a "Travere Hearing" lack of personal jurisdiction

5) In answering we don't waive the right to 1st make motions what's allowed by the law, not to be forclosed to assert all answer's after the motions would be decited

Respectfully

By Ein_____
2269 Creston Av

By Ein_____
BENJAMIN EISNER

Chawa Eisner_____
CHAWA EISNER

ANDREY BORYOZKA
Notary Public - State of New York
NO. 01BO6154523
Qualified in Kings County
My Commission Expires Oct 23, 2022

On 24th of March 2021 Benjamin Eisner and Chawa Eisner both showed with proper id's and signed