DS.

U.S. DISTRICT COURT

EASTERN DISTRICT OF N.Y. (BROOKLYN)

CIVIL DOCKET FOR CASE# 1:20-CV-05824-WFK-VM'S

ORIGINAL

MEDINA VS. 3269 CRESTON LLC

RECEIVED
CHAVA EISNER
OCT 19 2021
PRO SE OFFICE

TO HONORABLE MAGISTRATE JUDGE
VERA M. SCANLON

DEAR HONORABLE JUSTICE,

I\WE ARE CERTAIN THAT THE COURT WOULD REMEMER THE
FALSE REPRESENTATION'S THA AND FALSE ACCUSATION'S
THAT THE LAWYER FOR THE PLANTIFF MADE ON OPEN
COURT RECORD, SAYING THAT HE HAS PERSONAL KNOWLEDGE
AND HE WILL BRING ANOTHER CHARGES AGAINST US
FOR THAT I\WE ADVISED THE 2 INDIVITUAL'S MR, DENNIS
MORALES, AND MRS, LUZ MAYRA FRANCO ROSADO
TO CALL THE POLICE ON THE PLANTIFF HEREIN MR, RONALD
MEDINA, MOREOVER THE PLANTIFF'S ATTORNEY
"MR, MOHAMMED GANGET" SAID TO THIS COURT AND OPEN
LIE AND MISSREPENSANTATION THAT WE PAID MONEY TO
THE 2 PEOPLE MENTIONED ABOVE, TO CAUSE THE ARREST
OF THE PLANTIFF MR RONALD MEDINA FOR HIS CRIMINAL
BEHAVIOUR, AND MR, MOHAMMOD GANGET SAID TO THIS
COURT THAT HE WOULD SEEK CRIMINAL CHARGES AGAINST
US ETC, I AT THE TIME CATEGORICALLY DENIED IT
I HEREBY ATTACH 2 SWORN AFFIDAVIT'S FROM THEM
ATTESTING THAT, THAT NEVER HAPPENED, AND THIS IS JUST
AN EXTORTION CASE AND A FRIVOLOUS CASE AGAINST US
AND JUST USEING AND ABUSING THE COURT SYSTEM TO
DAMAGE US, I HAVE MULTIPLE AFFIDAVIT'S FROM ALL THE

./.

The People That Were Involved That Have Personal
Knowledge That Mr Medina Told Them That This
Case Is A Frivilous Case And Is Purely
An Harrasment And Extortion Case.
This Case Should Be Respectfully Dissmissed
For This Reason And The Reason's mentioned
In The Telephone conversation with The court
And My Letter's That We Wrote To The court.

          Respectfully

CC. To The Honorably
Justice William F Kuntz II

  Bery Emm For 22269
  Chome Eissner   Def
                PRO-Se

CC. Mohamed Gangot
Attoorney For Plantift
675 3RD Av. RM 1810
N.Y. NY 10017

1536 38TH ST.
Brooklyn NY. 11218

646-772-2665
10/19/21

U.S. DISTRICT COURT
EASTERN DISTRICT OF N.Y. (BROOKLYN)
CIVIL DOCKET # 1:20-CV-05824-WFK-VMS

TO HONORABLE JUSTICE │ RONALD W. MEDINA
WILLIAM F KUNTZ II    │ 2269 — CHANA EISNER, BENJAMIN EISNER
                                 V.

DEAR HONORABLE JUSTICE
WILLIAM F KUNTZ,

We RESPECTFULLY REQUEST THAT THIS LETTER SERVE
AS A "LETTER REQUESTING A PRE-MOTION CONFRENCE"
IN ORDER TO FILE A MOTION TO DISMISS AS ORDERED BY
THE COURT.

I FURTHER HEREBY ATTACH A COPY THAT'S ADDRESSED TO THE
HONORABLE MAGISTRATE JUDGE VERA M SCANLON WITH THE
AFFIDAVIT'S ATTACHED.

                            RESPECTFULLY
                            By
                            CHANA EISNER        ) DEFENDATS
                            2269 CREST LLC.      ) PRO-SE
                            1536 38TH ST
CC.                         BROOKLYN N.Y. 11218
HON. MAGISTRATE JUSTICE
VERA M. SCANLON

MOHAMA GAUCET
675 3RD AV, RM 1810
N.Y. N.Y. 10017

AFFIDAVID

LUZ MAYRA FRANCO ROSADO

Hereby Being DULY SWORN Deposes & Say's That,

1) I HAVE Be KNOWN MR Ben, EISNER & Chana Elswer
FOR A period OF over 2 YEARS, AND They were
ALWAY'S BUT ALWAY'S THRUTHFULLY & HONESTLY & RespecTFULLY

2) THAT MR RONALD M MEDINA HAD BEATEN ME UP, HARRASSED
ME, AND THREATHENED ME, ABUSED ME, AND AS well MULTIPLE Times
ABUSED MY HUSBAND, AND Therefore I CALLED The
POLICE TO HAVE HIM ARRESTED, The EISNER'S Were NOT Even
There PRESENT, AND I Never DISCUSSED WITH The EISNER'S
IN ORDER TO call The POLICE OR Press CHARGES AGAINST
MR, MEDINA, NEITHER UNDER NO CIRCAMSTANCE'S DID
The EISNER'S OFFER OR GIVE ME MONEY TO MAKE
ANY REPORT AGAINST MR MEDINA, IN FACT ONLY AFTER A
Week's Time AFTER I called The POLICE ON MR MEDINA,
I WAS The ONE THAT COMPLAINT TO The EISNER'S
ABOUT MR, MEDINA'S MISBEHAVIOR, AND HIS ABUSE
AGAINST ME AND HIS CRIMINAL BEHAVIOR & ACTIVITIE'S,
AND The EISNER'S TOLD ME THAT, There PRINCPAL IN
BUISNESS IS, Never TO MIX IN OR ADVISE BETWEEN TENANT'S,
So TO MAKE IT CRYSTLE CLEAR, The EISNER'S Never
EVER ADVISED ME TO REPORT ON MR, MEDINA'S CRIMINAL
RUDE BEHAVIOR, AND EISNER'S Never GAVE ME, OR OFFERED
ME MONEY OR AND OTHER FAVOR OR BENIFIT
TO REPORT ON MR, MEDINA, IN FACT MR, MEDINA HAD TOW
ME AND I Seen MYSELF MR, MEDINA STEALING FROM The BUILDING MATIRIAL
THAT The EISNERS PURCHADSED, FURTHEREMORE MR MEDINA

HAD SOLD FOR MONEY TO OTHER PEOPEL MR, EISNER EXPENSIVE TOOL'S AND METIRIAL'S, AS WELL MEDINA WORKED ON OTHER JOB'S AND TOOK THE EISNER METIRIAL'S, TOLD ME NOT TO TELL THE EISNER'S, AND AS WELL AS TO MY HUSBAND THE EISNER'S NEVER OFFERED OR GAVE ANY MONEY TO PRESS CHARGE'S AGAINST MEDINA NEVER, MR, MEDINA, USED THE PREMISES FOR PARTIE'S AND SEX WITHOUT PERMISION OF THE EISNER'S, MEDINA ASKED ME TO DENY KNOWLEDGE OF IT, WHEN THE EISNER WOULD ASK ABOUT IT, MR, MEDINA HIT MY HUSBAND AND KEPT ABUSING HIM MULTIPLE TIME, HE IS A WORLD'S LIER, AND THEREFORE MY HUSBAND DECITED TO CALL POLICE NOTHING TO DO WITH THE EISNER'S, THE EISNER'S BECAME AWARE OF IT MUCH MUCH IN A LATTER TIME

MR MEDINA HAD TOLD ME ALWAY THAT HE WOORK'S ON JOB BY JOB BASIS, NOT ON WEEKLY OR HOURLY, DAILY, SO THIS WAY HE COMES & GOES FREELY WHEN HE WANT'S, MR MEDINA WOULD TELL ME TO CALL HIM WHEN THE EISER ARRIVE OR GO HOME SO HE COULD SHO THAT HE IS WORKING HARD CONSTATLY, WHILE 80% OF THE DAY HE WAS BUSY CHADING WITH GIRLS, AND WATHING X RADED VIDEO'S

SWORN BEFORE ME  SEPTEMBER 1, 2021

X _____
*Luz Mayra Franco Rosado*

Luz Mayra Franco Rosado

ALLEN METZGER
Notary Public, State of New York
No. 005131
Qualified in Kings County
Commission Expires Nov. 30, 2022

ALLEN METZGER
Notary Public, State of New York
No.   5005131
Qualified in Kings County
Commission Expires Nov. 30, 2022

AFFIDAVIT

I DENNIS MORALES RESIDING AT 2273 CRESTON AV BRONX NY. 10453 HAVE KNOWN Ben&chawa EISNER FOR APX. 2 YEARS AND AS WELL KNOWN MR RONALD MEDINA FOR APX 2 YEAR'S AND I AM BEING DULY SWORN UNDER THE PENELTY OF PURGERY DEPOSES & SAY'S AS FOLLOW'S

MR. RONALD MEDINA WAS VERY ABUSIVE TO MY WIFE & TO me AND AS WELL VERY ABUSIVE TO THE EISNER'S He HIT Her He THREATENT Her MY WIFE. AND AS well Me AND THEREFORE We called THE POLICE ON HIM, THE EISNER WASN'T AWARE AT THE TIME THE CRIMINAL BEHAVIOR OF MR. MEDINA, THE EISNER'S DIDN'T OFFER OR GIVE ME OR MY WIFE ANY MONEY OR ANY BENIFIT FROM THEM TO CALL POLICE, ALL THE FALSE STORIES THAT MR. MEDINA CLAIM'S AGAINST THE EISNER'S ARE 100% FALSE & LIES, I READ THE AFFIDAVIT OF RUZ MAYRA&FRANCO ROSADO, AND IT IS 100% TRUE AND ACCURATE, THE BOTH EISNER ARE WONDERFUL HARD WORKING GENTLEMAN'S

X Dennis Morales

SWORN BEFORE ME   SEPTEMBER 1, 2021

ALLEN METZGER
Notary Public, State of New York
No.02ME5005131
Qualified in Kings County
Commission Expires Nov. 30, 2022

AFFIDAVIT

I ISMAEL CRUZ RESIDING AT 2273 CRESTON AVE BRONX NY

HEREBY BEING DULY SWORN UNDER PENALTY OF PURGERY AND SAYS

THAT I HAVE KNOWN THE EISNER BENJAMIN & CHANA FOR APX 2 YEARS

They ARE very RESPECTED AND HONEST PEOPLE

Mr RONALD MEDINA I KNOW AS WELL BY STAYING AT THIS ADDRESS

AND WORKING ON THE PROPERTIES OF THE EISNER,

Mr MEDINA TOLD me All the TIME That THE EISNER'S TREATED HIM

EXTREMLY NICE AND He GET PAID IN FUll.

AFTER Mr MEDINA WAS ~~FIRED~~ NOT WORKING FOR THE EISNER

ANY MORE Mr MEDINA TOLD me That He IS TRYING TO make UP A FALSE

CLAIM AGAINST The EISNERS TO sue. IF I CAN HELP HIM, I TOLD Mr MEDINA

That I KNOW AND OBSEREVED THAT STAILED FROM THE EISNER MATIRIAL, AND THE EISNER

Were NOT STUPID AND THEY HAD P___ ON YOU AND They over PAID YOU, WHILE

YOU cheATED THEM, AND YOU WANT ME TO HELP YOU MAKE A FALSE CLAIM? NO I SAID

Mr MEDINA TOLD me That He IS WORKING EXTREMLY ON THE JOB BY JOB

NOT WEEKLY, HOURLY, MONTHLY, THIS WAY He MAKE MORE MONEY AND I HAVE MY OWN

HOURS & TIME TO PLAY AROUND; AND DO OTHER JOBS WHILE WORKING FOR THE EISNER'S,

Mr MEDINA TOLD me That He PUT CLAIMS OR HARRASSES PLACES WHERE He WORKS

TO PAY HIM AFTER He LEAVES THE JOB OTHERWISE He will sue, AND He WAS

AllWAYS Very SUCCESSFUll. WHILE MR MEDINA TOLD me That He HAS TO

FINISH The JOBS FOR THE EISNER IN TIMELY FASHION, INCLUDING THE APT, THAT

I LIVE. AND Mr MEDINA DRAGGED IT ON SPECIAL LONGER IN ORDER TO EXTORE

MORE MONEY FROM THE EISNER'S, Mr MEDINA kept HARRASING THE EISNERS

ESPECILLY Mrs. CHANA EISNER WHEN MR. EISNER WAS NOT There The BOTTOM LINE

MR. MEDINA CHARACTHER AND BAD BEHAVIOR WAS OVIOUS CLEAR WITH MULTIPLE LIES TO

THE EISNER, ETC.

SWORN BEFORE ME SEPTEMBER 1, 2021

_(signature)_
Ismael Cruz

ALLEN METZGER
Notary Public, State of New York
No. 04-5005131
Qualified in Kings County
Commission Expires Nov. 30, 2022